# In the United States Court of Federal Claims

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-935 L<br><br>Filed February 27, 2007 |

ORDER

On February 23, 2007, the parties filed with the Court a Joint Motion for Temporary Stay. The parties requested what they refer to as a "temporary stay" to permit them additional time to develop a "cooperative framework for obtaining relevant or potentially relevant documents" and to explore the "possibility of settling this case." Having considered the Joint Motion for Temporary Stay, the Court ORDERS:

(1) Effective immediately, further proceedings in this case shall, pursuant to the parties' request, be stayed until **February 27, 2008**. However, the Court may terminate the stay at an earlier date should the Court conclude that terminating the stay would be in the interest of justice.

(2) Either party may request that the Court terminate the stay by providing 30 days' advance written notice to the Court and to the opposing party of its intention to move for termination of the stay. After the expiration of the 30-day period, the party seeking that the stay be lifted shall file a motion with the Court, setting forth the grounds for terminating the stay.

(3) The parties shall, no later than **February 27, 2008**, or within 15 days of an order terminating the stay, file with the Court a joint status report setting forth their positions with respect to the nature and timing of further proceedings. Such joint status report shall include proposed deadlines for the amendment by plaintiff of its Complaint, the filing of defendant's Answer, and the filing of the parties' Joint Preliminary Status Report.

(4) Beginning on **Friday, March 30, 2007**, and every 30 days thereafter, the parties shall file a joint status report advising the Court of the status of their efforts to: 1) develop a "cooperative framework for obtaining relevant or potentially relevant documents;" and 2) explore the "possibility of settling this case." Each status report shall also describe any activity since the prior status report in any of the

cases listed in Ex. 1 to the parties' Joint Motion for Temporary Stay, and any additional similar cases that may be filed subsequent to the filing of the parties' Joint Motion.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge