IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-935-L |
| | ) | Judge George W. Miller |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

Kennis M. Bellmard, II, of Andrews Davis, a Professional Corporation, Of Counsel for the plaintiff Seminole Nation of Oklahoma, respectfully moves the Court for leave to withdraw the Consented Motion to Substitute Lead Counsel, Document Entry 7. Mr. Bellmard hereby submits the following in support of his Motion:

The Consented Motion to Substitute Lead Counsel, Document Entry 7, filed herein on March 2, 2007, was filed in error.

WHEREFORE, Kennis M. Bellmard II, of Andrews Davis, a Professional Corporation, respectfully requests that the Court withdraw and strike the Consented Motion to Substitute Lead Counsel, Document Entry 7, filed herein.

Dated this 2nd day of March, 2007.

s/Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Of Counsel
Timothy M. Larason, OBA #5239
Counsel of Record
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314,
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
SEMINOLE NATION OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin J. LaLonde and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

s/ Kennis M. Bellmard

196950.1