IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-935-L |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SANDRA BENISCHEK HARRISON**

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | :ss |
| COUNTY OF OKLAHOMA | ) | |

I, Sandra Benischek Harrison, being of lawful age, competent, and duly sworn upon oath, set forth the following facts from my personal knowledge thereof:

1. I am employed by the law firm of Andrews, Davis, a Professional Corporation. I am a licensed attorney in Oklahoma, Bar No. 18647.

2. That I am admitted to practice before the United States Court of Federal Claims and am registered with the Electronic Registration System.

3. The foregoing Motion to Substitute Counsel by is true and correct to the best of my information and belief.

4. The plaintiff Seminole Nation of Oklahoma has been notified of the substitution and consents to the substitution of lead counsel.

Further Affiant sayeth not.

Dated this 26th day of March, 2007.

Sandra Benischek Harrison



Attachment 1

Subscribed and sworn to before me this 26th day of March, 2007, by Sandra Benischek Harrison.

Cheryl Shook

Notary Public

My commission expires: ________
(SEAL)
Commission No. ________

CHERYL SHOOK
NOTARY
# 02014612
EXP. 09/04/10
PUBLIC
STATE OF OKLAHOMA

196887.1



Attachment 1