IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SEMINOLE NATION OF OKLAHOMA, )
)
Plaintiff, )
v. ) No. 06-CV-935-L
)
THE UNITED STATES, )
)
Defendants. )

**CONSENT TO APPOINTMENT OF**
**SANDRA BENISCHEK HARRISON AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Timothy M. Larason, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Sandra Benischek Harrison as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 26th day of March, 2007.

Timothy M. Larason

This instrument was acknowledged before me this 26th day of March, 2007, by Timothy M. Larason.

Notary Public

My Commission Expires:
My Commission No.:
(SEAL)

CHERYL SHOOK
NOTARY
# 02014612
EXP. 09/04/10
PUBLIC
STATE OF OKLAHOMA

196885.1

Attachment 2