IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SEMINOLE NATION OF OKLAHOMA, )
)
Plaintiff, )
)
v. ) No.: 06cv00935L
) Judge George W. Miller
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion to amend the Court's February 27, 2007 Order. Upon consideration of the motion and for good cause shown, it is hereby ordered that the parties' motion is GRANTED. It is further ordered that, beginning on June 27, 2007, and every 120 days thereafter, the parties shall file a joint status report advising the Court of the status of their efforts to: 1) develop a cooperative framework for obtaining relevant or potentially relevant documents; and 2) explore the possibility of settling this case.

SO ORDERED.

Date: ____________________

____________________
HON. GEORGE W. MILLER
United States Court of Federal Claims