# In the United States Court of Federal Claims

SEMINOLE NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-935 L

Filed April 3, 2007

ORDER

After consulting with counsel for plaintiff and defendant, the Court ORDERS that the parties shall participate in a telephonic status conference on **Thursday, April 12, 2007 at 2:30 pm (EDT).** The purpose of the status conference is to discuss the parties' joint motion and proposed order filed March 30, 2007 (docket entry 12). The Court will initiate the call.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge