# In the United States Court of Federal Claims

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-935 L<br><br>Filed April 13, 2007 |

ORDER

Pursuant to the Court's order filed April 3, 2007, the parties participated with the Court in a telephonic status conference on April 12, 2007. Among other matters, the parties and the Court discussed the parties' joint motion filed March 30, 2007, to amend the Court's order filed February 27, 2007. In consideration of that discussion, the Court hereby GRANTS the parties' joint motion and does hereby amend its prior order as follows:

(1) As provided for in the first paragraph of the February 27, 2007 order, effective immediately further proceedings in this case shall, pursuant to the parties' request, be stayed until **February 27, 2008**. However, the Court may terminate the stay at an earlier date should the Court conclude that terminating the stay would be in the interest of justice.

(2) Either party may request that the Court terminate the stay by providing 30 days' advance written notice to the Court and to the opposing party of its intention to move for termination of the stay. After the expiration of the 30-day period, the party seeking that the stay be lifted shall file a motion with the Court, setting forth the grounds for terminating the stay.

(3) The parties shall, no later than **February 27, 2008**, or within 15 days of an order terminating the stay, file with the Court a joint status report setting forth their positions with respect to the nature and timing of further proceedings. Such joint status report shall include proposed deadlines for any further amendment by plaintiff of its complaint, the filing of defendant's answer or other response to plaintiff's complaint, and the filing of the parties' Joint Preliminary Status Report.

(4) Beginning on Monday, April 30, 2007, and every 90 days thereafter, the parties shall file a joint status report advising the Court of the status of their efforts to 1) develop a "cooperative framework for obtaining relevant or potentially relevant documents;" and 2) explore the "possibility of settling this case." Each joint status report shall also describe any activity since the prior status report in: 1) any of the five other tribal trust fund cases pending before the Court of Federal Claims ("COFC") in which counsel for plaintiff in this case is also counsel for plaintiff; and 2) any of the five "companion cases," pending in the United States district courts in Oklahoma, to those cases pending before the COFC in which counsel for plaintiff in this case is also counsel for plaintiff. In addition, the Government shall advise the Court, in each such report, of any developments in those tribal trust fund cases in the COFC that are "in active litigation" as that phrase is used in ¶5 on p. 4 of the parties' joint motion.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge