IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06cv00935L |
| | ) | Judge George W. Miller |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT STATUS REPORT PURSUANT TO APRIL 13, 2007 ORDER, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully make this joint motion for enlargement of time within which to file their joint report about the status of certain Tribal trust accounting and trust mismanagement cases, as required by the Court's order dated April 13, 2007. This joint motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. Under the Court's order dated April 13, 2007, the parties are obligated to report on the status of certain Tribal trust accounting and trust mismanagement cases in this Court and in the United States District Courts every 90 days. Docket Number (Doc. #) 14, ¶ 4.

2. Specifically, the parties are required to report on the status of the following cases in this Court: Kaw Nation of Oklahoma v. United States, No. 06-cv-00934-FMA; Miami Tribe of Oklahoma v. United States, No. 06-cv-00939-LSM; Otoe-Missouria Tribe of Indians v. United States, No. 06-cv-00937-LAS; Pawnee Nation of Oklahoma v. United States, No. 07-cv-00002-SGB; Seminole Nation of Oklahoma v. United States, No. 06-cv-00935-GWM; and Tonkawa Tribe of Indians v. United States, No. 06-cv-00938-BAF (Fed. Cl.). The Tribes in these cases are

represented by Plaintiff's counsel and her law firm.

3. Additionally, the parties are required to report on the status of the following companion cases in the United States District Courts in Oklahoma: Kaw Nation v. Kempthorne, No. 06-cv-01437-W (W.D. Okla.); Miami Tribe of Oklahoma v. Kempthorne, No. 06-cv-00698-CVE-SAJ (N.D. Okla.); Otoe-Missouria Tribe of Indians v. Kempthorne, No. 06-cv-01436-C (W.D. Okla.); Seminole Nation of Oklahoma v. Kempthorne, No. 06-cv-00556-SPS (E.D. Okla.); and Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.). The Tribes in the companion cases are also represented by Plaintiff's counsel and her law firm.

4. Further, Defendant is required to report on the status of the following cases, which are in an "active litigation" posture in this Court: Ak-Chin Indian Community v. United States, No. 06-cv-00932-ECH; Chippewa Cree Tribe of the Rocky Boy's Reservation v. United States, No. 92-cv-00675-ECH (Pembina Judgment Fund case); Eastern Shoshone Tribe of the Wind River Reservation v. United States and Northern Arapaho Tribe of the Wind River Reservation v. United States, No. 79-cv-00458-ECH and No. 06-cv-00903-ECH (consolidated cases); Navajo Nation v. United States, No. 06-cv-00945-FMA; Osage Nation of Oklahoma v. United States, No. 99-cv-00550-ECH and No. 00-cv-169-ECH (consolidated cases); Passamaquoddy Tribe of Maine v. United States, No. 06-cv-00942-LJB; Salt River Pima-Maricopa Indian Community v. United States, No. 06-cv-00943-LMB; Swinomish Indian Tribal Community v. United States, No. 06-cv-00899-FMA; and Tohono O'odham Nation v. United States, No. 06cv00944-EGB (Fed. Cl.).

5. The parties need additional time, to and including May 4, 2007, so that they can finish preparing the draft joint status report on the foregoing 20 cases, submit the draft report for review and comment, finalize it, and file it with the Court. Counsel for Defendant have taken the

responsibility of compiling and assembling the relevant information on the 20 cases; drafting a joint report for review and approval by counsel for Plaintiff; the appropriate officials at the Department of Justice; the relevant officials and staff attorneys at the Departments of the Interior and of the Treasury (i.e., the federal agencies that are principally involved in the Tribal trust accounting and trust mismanagement cases); collecting, incorporating, and otherwise addressing the comments on the draft report; finalizing the document; and filing the document. While Defendant's counsel have been working diligently on the draft report, they have not been able to complete the requisite work, because they have been and continue to be preoccupied with work in other Tribal trust accounting and trust mismanagement cases in this Court and in the United States District Court for the District of Columbia. Additionally, undersigned counsel for Plaintiff has been and continues to be preoccupied with work in unrelated litigation.

6. On the one hand, the granting of this joint motion will not have an adverse effect on the rights and interests of the parties herein. On the other hand, the denial of the joint motion will impair the parties' ability to prepare a complete and comprehensive report on the current status of the Tribal trust cases that are subject to the reporting requirement under the Court's order dated April 13, 2007; submit that report, in draft form, for review by the necessary parties; and provide the Court with full and adequate information about the Tribal trust cases about which the Court is interested.

WHEREFORE, the parties jointly and respectfully request that their joint motion for enlargement of time, to and including May 4, 2007, be GRANTED.

Respectfully submitted this 30th day of April, 2007,

MATTHEW J. McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde for*
*s/ Sandra Benischek Harrison*
SANDRA BENISCHEK HARRISON
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

THOMAS KEARNS
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227