IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SEMINOLE NATION OF OKLAHOMA, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00935L
) Judge George W. Miller
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint enlargement of time within which to file their joint status report pursuant to the Court's order dated April 13, 2007. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. The parties shall have to and including May 4, 2007, to file their joint status report.

SO ORDERED.

Date: ____________________________ ____________________________________________

HON. GEORGE W. MILLER
United States Court of Federal Claims