IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06cv00935L |
| | ) | Judge George W. Miller |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' THIRD JOINT STATUS REPORT**

Pursuant to this Court's order dated April 13, 2007, Docket No. (Doc. #) 13, Plaintiff and Defendant (the parties herein) submit the following third joint report about the status of certain Tribal trust accounting and trust mismanagement cases that have been filed in this Court and in various United States District Courts.

1. There are presently 104 Tribal trust accounting and trust mismanagement cases in this Court and in the United States District Court for the District of Columbia and in Oklahoma. Exhibit 1. Of those 104 cases, fifty-eight (58) cases are in this Court, thirty-seven (37) are in the United States District Court in the District of Columbia, and nine (9) are in various United States District Courts in Oklahoma. Id. About thirty-two (32) Tribes filed cases in this Court and in the United States District Court. Id. Plaintiff is one of those Tribes with cases in both courts. Id.

Cases Brought by Plaintiff's Counsel and Law Firm

2. Under the Court's order, the parties are required to report on the status of the following five (5) cases brought by Plaintiff's counsel and law firm in this Court: Kaw Nation of Oklahoma v. United States, No. 06-cv-00934-FMA; Otoe-Missouria Tribe of Indians v. United

States, No. 06-cv-00937-LAS; Pawnee Nation of Oklahoma v. United States, No. 07-cv-00002-SGB; Seminole Nation of Oklahoma v. United States, No. 06-cv-00935-GWM; and Tonkawa Tribe of Indians v. United States, No. 06-cv-00938-BAF.

3. Additionally, the parties are required to report on the status of the following five companion cases brought by Plaintiff's counsel and her law firm in various United States District Courts in Oklahoma: Kaw Nation v. Kempthorne, No. 06-cv-01437-W (W.D. Okla.); Miami Tribe of Oklahoma v. Kempthorne, No. 06-cv-00698-GKF-SAJ (N.D. Okla.); Otoe-Missouria Tribe of Indians v. Kempthorne, No. 06-cv-01436-C (W.D. Okla.); Seminole Nation of Oklahoma v. Kempthorne, No. 06-cv-00556-SPS (E.D. Okla.); and Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.).

4. Counsel for the parties in the foregoing cases continue to engage in informal discovery and production of documents, including but not limited to the identification, location, imaging or copying, and, if appropriate, coding of documents. To date, Defendant has provided to Plaintiff a copy of the analyses, results, and supporting materials relating to the Tribal trust fund account reconciliation project that was undertaken by the Interior Department for Plaintiff and other Tribes in the mid-1990s.

5. As to the cases brought by Plaintiff's counsel and law firm in this Court, the following has taken place since the last update:

a. In Kaw Nation, No. 06-cv-00934-FMA, the Court filed a Status Conference Order on July 31, 2007. Doc. #14. On August 6, 2007, Terry M. Petrie entered an appearance for the Defendant. Doc. #15. Following two continuances on August 8, 2007 and August 29, 2007, the Court held the Status Conference on September 11, 2007. Doc. ##16, 17. During the

Conference, the Court issued an informal order for the parties to file Confidentiality Agreements, Protective Orders, and Record Retentions Orders by the end of September. On September 28, 2007, both parties submitted their proposed orders for the Court's consideration. Doc. ##18, 19, 20. On October 24, 2007, the Court issued a document preservation order and confidentiality agreement and protective order. Doc #22.

b. In Otoe-Missouria Tribe, No. 06-cv-00937-LAS, there has been no additional substantive developments in the active litigation of this matter as of the last update filed with this Court on May 4, 2007, due to the stay issued in this matter. The stay of litigation remains in effect until February 27, 2008. On August 6, 2007, Terry M. Petrie entered an appearance for the Defendant. Doc. #9. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

c. In Pawnee Nation, No. 07-cv-00002-SGB, Terry M. Petrie entered an appearance for the Defendant on August 6, 2007. Doc. #9. On August 16, 2007, the Court filed an Order for Joint Draft Document Preservation Orders. Doc. #10. The Court set the deadline to submit the drafts for August 31, 2007. Id. On August 31, 2007, both parties submitted their proposed Record Retention Orders. Doc. ##11, 12. The Court entered the Document Preservation Order on October 22, 2007. Doc. #13.

d. In this instant case, Seminole Nation, No. 06-cv-00935-GWM, there has been no additional development in the active litigation of this matter as of the last update filed with this Court on May 4, 2007, due to the say issued in this matter. The stay of litigation remains in effect until February 27, 2008. On August 6, 2007, Terry M. Petrie entered an appearance for

the Defendant. Doc. #18. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

e. In Tonkawa Tribe, No. 06-cv-00938-BAF, there has been no additional development in the active litigation of this matter as of the last update filed with this Court on May 4, 2007, due to the say issued in this matter. The stay of litigation remains in effect until February 27, 2008. On August 6, 2007, Terry M. Petrie entered an appearance for the Defendant. Doc. #14. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

7. As to the cases brought by Plaintiff's counsel and her law firm in the various United States District Courts in Oklahoma, the following has taken place since the last update:

a. In Kaw Nation, No. 06-cv-01437-W (W.D. Okla.), Terry M. Petrie entered an appearance on behalf of all the Defendants on August 16, 2007. Doc. #19. On October 24, 2007, the parties submitted their first Joint Status Report pursuant to the District Court's order dated May 25, 2007. Doc. #20. On October 25, 2007, the Court ordered the stay continued and the parties to confer in good faith and file a proposed course of action regarding ADR and discovery by November 9, 2007. Doc. #21. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

b. In Miami Tribe, No. 06-cv-00698-GKF-SAJ (N.D. Okla.), Terry M. Petrie entered an appearance on behalf of all the Defendants on August 10, 2007. Doc. #21. On October 23, 2007,the Plaintiff filed a Motion to Transfer from District Court to the Court of Federal Claims. Doc. #22. On October 24, 2007, the parties also submitted their first Joint Status Report pursuant to the District Court's order dated May 25, 2007. Doc. #23.

c. In Otoe-Missouria Tribe, No. 06-cv-01436-C (W.D. Okla.), Terry M. Petrie entered an appearance on behalf of all the Defendants on August 16, 2007. Doc. #18. On October 24, 2007, the parties submitted their first Joint Status Report pursuant to the District Court's order dated May 25, 2007. Doc. #19. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

d. In Seminole Nation, No. 06-cv-00556-SPS (E.D. Okla.), Terry M. Petrie entered an appearance on behalf of all the Defendants on August 8, 2007. Doc. #27. On October 24, 2007, the parties submitted their first Joint Status Report pursuant to the District Court's order dated May 25, 2007. Doc. #28. On October 25, 2007, the Court entered a Minute Order continuing the stay until January 23, 2008. Doc. #29. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

e. In Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.), Terry M. Petrie entered an appearance on behalf of all the Defendants on August 16, 2007. Doc. #20. On October 24, 2007, the parties submitted their first Joint Status Report pursuant to the District Court's order dated May 25, 2007. Doc. #21. As discussed, infra, the parties continue to conduct informal discovery and settlement negotiations in this matter.

Cases in "Active Litigation" in the Court of Federal Claims

8. Under this Court's order dated April 13, 2007, Doc. #13, Defendant is required to report any developments in those Tribal trust accounting and trust mismanagement cases in the CFC that are in "active litigation" since the last joint status report:

a. In Ak-Chin Indian Community v. United States, No.06-cv-00932-ECH, the Defendant filed a motion to dismiss the Plaintiff's case pursuant to 28 U.S.C. section 1500 on

August 6, 2007. Doc. #23. The Plaintiff filed its response to the Defendant's motion to dismiss (Doc. # 26), and the Defendant filed a reply brief on September 21, 2007. Doc. #29. Oral argument was held on October 24, 2007. Doc. #32. On October 25, 2007, the Court ordered the parties to submit post-evidentiary briefs on the issue regarding when the Plaintiff's complaints were filed at this Court and at the District Court for the District of Columbia. Doc. #35. The opening briefs are due November 9, 2007, and replies to the opening briefs are due November 14, 2007. Id.

b. In Belgarde v. United States, No. 07-cv-00265-CFL, Plaintiff filed an amended complaint on July 11, 2007. Doc. #7. Defendant responded to the amended complaint on August 30, 2007. Doc. #11. Defendant has filed two motions to dismiss pursuant to Rules 12(b)(1) and (b)(6) on July 3, 2007 (Doc. #5) and August 30, 2007 (Doc. #13). On September 11, 2007, Plaintiff responded to Defendant's motions to dismiss. Doc. #17. Defendant filed a reply to Plaintiff's response to Defendant's motions to dismiss on September 20, 2007 (Doc. #18) and October 3, 2007 (Doc. #19).

c. In Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund), No. 92-cv-00675-ECH, Plaintiffs are the beneficiaries, as well as the heirs, descendants, and successors-in-interest, of the 1964 and 1980 Pembina Judgment Fund awards. In summary, Plaintiffs are seeking an accounting of those awards. In the current phase of the litigation, Plaintiffs and Defendant are attempting to resolve Plaintiffs' requests to validate or challenges to the validity of certain remaining baseline (or non-investment) transactions of the 1964 and 1980 Awards, under the active monitoring and

supervision of the Court. The parties have been and continue to be negotiating a strategy for addressing Plaintiffs' validation requests or challenges. The parties have exchanged for settlement purposes expert reports analyzing estimated investment returns. The parties have undertaken ADR and met with Settlement Judge Eric Bruggink on September 4, 2007. Doc. # 299. Another ADR session is scheduled for November 8, 2007. Doc. #304.

The parties have also filed joint status reports on August 1, 2007 (Doc. #297), September 14, 2007 (Doc. #300), and October 19, 2007 (Doc. #305). The next joint status report is due November 14, 2007, to be followed by a status conference on November 16, 2007. Doc. #306.

d. In Colorado River Indian Tribes v. United States, No. 06-cv-00901-LAS, the Court entered an order on September 5, 2007, approving the Defendant's motion to extend the time in which to answer the Plaintiff's complaint until January 3, 2008, allowing the parties time to explore the possibility of settlement. Doc. ##10, 11. The parties also negotiated and filed a joint stipulation regarding the confidentiality of certain data, documents and other materials on October 15, 2007. Doc. #12. The Court approved the joint stipulation and entered an order on October 16, 2007. Doc. #13.

e. In Eastern Shoshone Tribe of the Wind River Reservation v. United States and Northern Arapaho Tribe of the Wind River Reservation v. United States, No. 79-cv-00458-ECH and No. 06-cv-00903-ECH (consolidated cases), the Plaintiffs submitted their expert rebuttal report on October 19, 2007. The parties and their experts are scheduled to meet on November 1, 2007, in an attempt to narrow differences between the experts, and to meet again on November 14, 2007, for settlement discussions.

f. In Gros Ventre Tribe and Assiniboine Tribe v. United States, No. 06-cv-00931-NBF, on March 28, 2007, the Court granted the parties' joint motion to stay the litigation until March 20, 2008, to explore the possibility of settlement and informal document productions. Doc. ##8, 10. The parties also filed a joint status report on September 20, 2007. Doc. #12.

g. In Hopi Tribe v. United States, No. 06-cv-00941-CFL, on July 11, 2007, the Court granted in part and denied in part the Defendant's unopposed motion for extension of time to respond to Plaintiff's complaint until June 12, 2008, allowing the parties to explore the possibility of settlement. Doc. ##8, 10. In granting the extension to allow for the parties to explore settlement, the Court also directed Defendant to file an answer to Plaintiff's complaint no later than September 10, 2007. Doc. #10. Subsequently, Defendant filed its answer to Plaintiff's complaint on September 9, 2007. Doc. #11. The Joint Preliminary Status Report is due November 1, 2007. Id.

h. In Makah Indian Tribe of the Makah Indian Reservation v. United States, No. 06-cv-00889-LJB, Defendant filed its answer to Plaintiff's complaint on September 28, 2007. Doc. #13. A status report is due by October 31, 2007 (Doc. #12), and the Joint Preliminary Status Report is due November 1, 2007 (Doc. #13).

i. In Navajo Nation v. United States, No. 06-cv-00945-FMA, the parties attempted to negotiate a proposed record retention order throughout the month of August, 2007. See Doc. ##28-31, 32-33. On September 10, 2007, the Court entered a document preservation order. Doc. #33. On September 24, 2007, the Defendant filed a notice providing an update concerning inadvertent destruction of 15 boxes of records including deposit tickets and debit

vouchers by a subcontractor of an agent (Bank of America) of the Department of the Treasury. Doc. #34. The report provided information that Bank of America had recreated the deposit and debit voucher activity for 11 of the 15 boxes and determined that more than 98 percent of the materials in those 11 boxes did not relate to Indian trust transactions. On October 10, 2007, the case was referred to ADR. Doc. ##35, 36.

j. In Osage Nation of Oklahoma v. United States, No. 99-cv-00550-ECH and No. 00-cv-169-ECH (consolidated cases), Defendant filed a notice of appeal on May 15, 2007, following the Court's entry of judgment on March 16, 2007, for the Tribe on liability and damages in the amount of $1,876,878.30. Docs. ##221-270. The Government filed a notice of appeal on May 15, 2007. Subsequently, Defendant filed a motion to dismiss the appeal for lack of appellate jurisdiction in the Court of Appeals for the Federal Circuit. Then, on October 15, 2007, some of the headright owners moved to intervene. Doc. #275. Defendant's response to the motion to intervene is due November 1, 2007. Id.

k. In Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States, No. 06-cv-00897-MCW, on August 1, 2007, the Court extended the temporary stay of litigation and directed the parties to file a joint of the status report by November 26, 2007, informing the Court of the status of their settlement discussions and how they intend to proceed with the case. Doc. #12.

l. In Passamaquoddy Tribe v. United States, No. 06-cv-00942-LJB, Defendant filed a motion to dismiss pursuant to 28 U.S.C. section 1500 on September 28, 2007. Doc. # 20. Plaintiff's response is due November 5, 2007. Doc. # 22.

m. In Pueblo of Santa Ana v. United States, No. 06-cv-00892-LAS, the Court granted Plaintiff's motion for a stay of proceedings on August 2, 2007. Doc. # 11. Defendant's answer or other responsive pleading is due November 26, 2007. Doc. #12.

n. In Quechan Tribe of the Fort Yuma Indian Reservation v. United States, No. 06-cv-00888-SGB, the Defendant filed an answer to Plaintiff's complaint on September 28, 2007. Doc. #15. The Court also directed the parties to draft a joint document preservation order. Doc. #11. After the parties attempted to do so (see Doc. ## 12-13), the Court entered a document preservation order on October 25, 2007 (Doc. #19).

o. In Round Valley Indian Tribes v. United States, No. 06-cv-00900-SGB, the parties initially had filed on July 13, 2007, a joint motion seeking to temporarily stay the litigation until January 9, 2008. Doc. #12. After Plaintiff withdrew its support during a status conference on August 13, 2007, the Court denied the joint motion to stay on August 29, 2007. Doc. #17. Defendant filed an answer to Plaintiff's complaint on September 9, 2007 (Doc. #18), and the parties filed a Joint Preliminary Status Report on October 1, 2007 (Doc. # 19). The Government filed its objections to the Court's proposed record retention order on August 27, 2007. Doc. #15. On August 29, 2007, the Court held a status conference, providing the parties with further direction regarding the proposed record retention order and directing the parties to continue their negotiation of such order. Accordingly, the parties continued their negotiations and filed a proposed record retention order on October 1, 2007. Doc. #20. Subsequently, also on October 1, 2007, the Court entered the record retention order and a scheduling order. Doc. ## 21-22. On October 23, 2007, the parties filed a stipulation and proposed order regarding confidentiality of certain documents, data, and other material to be provided by Defendant to

Plaintiff. Doc. #26. The Court entered a confidentiality order governing these materials on October 24, 2007. Doc. #27.

p. In Salt River-Pima-Maricopa Tribes v. United States, No. 06-cv-00943-LMB, Defendant filed a motion to dismiss pursuant to 28 U.S.C. section 1500 on August 23, 2007. Doc. # 18. Briefing on the motion is now complete with Plaintiff filing its response on September 13, 2007 (Doc. # 19) and Defendant filing its reply on September 27, 2007 (Doc. #20).

q. In San Manuel Band of Serrano Missions Indians v. United States, No. 06-cv-00893-CCM, on July 30, 2007, the Court extended the temporary stay of litigation until November 27, 2007, and directed the parties to file a joint of the status report by November 20, 2007, informing the Court of the status of their settlement discussions and providing justification for continuation of the stay. Doc. #10.

r. In Swinomish Indian Tribal Community v. United States, No. 06-cv-00899-FMA, the parties filed a joint stipulation regarding the preservation of documents, data and tangible things on August 8, 2007. Doc. #29. The Court then entered a document preservation order on August 24, 2007. Doc. #31. Pursuant to that order, Defendant filed a status report on September 25, 2007, that described the mechanisms to be used to monitor compliance with the document preservation order. Doc. #35.

s. In Tohono O'odham Nation v. United States, No. 06-cv-00944-EGB, Defendant filed a motion to dismiss pursuant to 28 U.S.C. section 1500 on May 18, 2007. Doc. # 16. Briefing on the motion was completed with Plaintiff filing its response on July 11, 2007 (Doc. # 20) and Defendant filing its reply on August 15, 2007 (Doc. #23). The parties now

await the ruling on the motion after oral argument before the Court on October 3, 2007. Doc. ## 24, 25.

t. In Wolfchild, et al. v. United States, No. 03-cv-02684-CFL, over 118 docket entries appear since we last provided a status report to this Court. Some of the more major transactions include:

(1) Defendant filed a motion to certify an interlocutory appeal on July 16, 2007 of three orders of the Court. (Doc. #510). The orders address whether certain Appropriations Acts created a trust, whether Congress subsequently terminated the trust via further legislation, ("1980 Act"), and whether certain tribes were authorized to act as agents of the United States by the 1980 Act. Plaintiffs filed a response to Defendant's motion to certify interlocutory appeal on July 30, 2007 (Doc. #517), followed by the Defendant's reply on August 3, 2007 (Doc. #519). Defendant then filed a supplemental brief in support of its motion to certify on August 17, 2007. Doc. # 526.

(2) Various motions to join the litigation and associated pleadings have been filed. Doc. ## 520, 532, 533, 558, and 600.

(3) Motions to disclose or amend various Plaintiffs' lists and associated pleadings have been filed. Doc. ##521, 522, 527, 530, 531, 572, 573.

(4) Motions to amend pleadings and associated responses have been filed. Doc. ## 534-537, 545, 547, 597, 609.

(5) Motions to amend complaints and associated pleadings have been filed. Doc.## 541-542, 546, 551, 553-555, 604, 627-628, 630-631.

(6) Motions to intervene and associated pleadings have been filed. Doc. ##548, 550, 601.

(7) Motions to amend complaint in intervention and associated pleadings have been filed. Doc. ## 523, 524, 528-529, 538-540, 543-544, 582, 598, 599, 602-603, 605, 610-611, 632.

(8) Amended complaints and associated pleadings have been filed. Doc. ## 549, 560, 566-567, 588, 592-593, 608, 612-613, 633, 637.

(9) Motions to strike amended complaints and associated pleadings have been filed. Doc. ##587, 596, 606, 617-620.

(10) A joint status report was filed by the parties on September 25, 2007. Doc. #623.

(11) The Court published an opinion relating to many of these motions on September 26, 2007. Doc. #626.

(12) Defendant filed a motion to dismiss one count of one plaintiff's amended complaint. Doc. #629.

(13) Plaintiffs filed a pre-trial notice of the intention to use of judicial estoppel and collateral estoppel offensively at trial. Doc. #635.

Next Joint Status Report

9. The parties will file their next joint status report on January 25, 2008.

Respectfully submitted this 26th day of October, 2007,

_s/ Sandra Benischek Harrison_
SANDRA BENISCHEK HARRISON, OBA #18647
Andrews Davis, P.C.
100 North Broadway Avenue
Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

OF COUNSEL:

MICHAEL D. MCMAHAN, OBA #17317
http://www.andrewsdavis.com
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

MATTHEW J. McKEOWN
Acting Assistant Attorney General

_s/ Terry M. Petrie_
TERRY M. PETRIE

United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (999) 999-9999
Fax: (999) 999-9999

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG

United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227