IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06-CV-935-L |
| | ) | Judge George W. Miller |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's orders dated February 27, 2007, Docket No. (Doc #) 6 and April 13, 2007, Doc # 14, Plaintiff and Defendants (the parties herein) submit the following joint status report setting forth the Parties' position with respect to further proceedings in this matter.

The Parties seek to reinstate the litigation and terminate the stay to allow the parties to move forward and actively pursue this cause of action. With the filing of this report, the Parties have submitted four (4) Joint Status Reports describing the progress achieved during the stay. No further discovery has occurred since March, 2007 when the Plaintiff acknowledges receipt from the Defendant of materials relating to the tribal trust fund account reconciliation project that was undertaken by the Interior Department in the mid-1990s. Plaintiff, however, does not believe the materials are helpful or responsive to the allegations of trust fund mismanagement described in the Complaint without further supplement through additional discovery. Defendant believes the materials provided were responsive to Plaintiff’s informal discovery request.

In order to facilitate further discovery, Plaintiff will also file a Motion for Document Preservation Order, Confidentiality Agreement and Protective Order on the same day as this Joint Status Report. Defendant does not believe entry of a Document Preservation Order is necessary or warranted in this case.

Pursuant to the Orders dated February 27, 2007, and April 13, 2007, the Parties are to submit their proposal for deadlines. The Parties propose that the amendment by Plaintiff of its Complaint be filed by March 28, 2008. The Parties propose that the answer by Defendant or response to Plaintiff's amended Complaint be filed by May 27, 2008. The Parties propose that the Joint Preliminary Status Report be filed by July 15, 2008, within the requisite forty-nine (49) days required by Appendix A of the Rules of the United States Court of Federal Claims. The parties also respectfully request the Court eliminate the status report presently required every 90 days. See Order filed April 13, 2007, at paragraph 4. Doc #14.

Respectfully submitted this 27th day of February, 2008,

s/ *Kennis M. Bellmard*
Kennis M. Bellmard II, OBA #13965
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
kmbellmard@andrewsdavis.com

ATTORNEY OF RECORD
FOR PLAINTIFF

RONALD J. TENPAS
Assistant Attorney General

s/ *Terry M. Petrie*
Terry M. Petrie
United States Department of Justice
Environmental & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

ATTORNEY OF RECORD
FOR DEFENDANT

Of Counsel for Plaintiff:

MICHAEL D. MCMAHAN, OBA #17317
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

TIMOTHY M. LARASON, OBA # 5239
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

SANDRA BENISCHEK HARRISON
OBA # 18647
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JENNIFER HENSHAW MCBEE,
OBA #19170
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

Of Counsel for Defendant:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

206680.2