**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06-CV-935-L |
| | ) | Judge George W. Miller |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**SEMINOLE NATION OF OKLAHOMA'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

COMES NOW the Plaintiff, Seminole Nation of Oklahoma, pursuant to RCFC 26(c) and respectfully requests that this Court enter a Document Preservation Order, Confidentiality Agreement and Protective Order in the above reference Cause.

1. These protective orders have been entered in other tribal trust fund mismanagement claims in order to preserve discovery documents and facilitate the document exchange between the parties. *See The Kaw Nation of Oklahoma v. United States*, No. 06-934L and *Navaho Nation v. United States*, No. 06-945L.

2. Accordingly, the Seminole Nation of Oklahoma asks the Court to enter the attached proposed Document Preservation Order (Exhibit A) and Confidentiality Agreement and Protective Order (Exhibit B) which are substantially similar to those entered in the *The Kaw Nation of Oklahoma v. United States*, No. 06-934L.

Respectfully submitted this 3rd day of March, 2008.

*s/ Sandra Benischek Harrison*
SANDRA BENISCHEK HARRISON,
OBA #18647
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786
sbharrison@andrewdavis.com
Attorney of Record for Plaintiff

OF COUNSEL:

MICHAEL D. MCMAHAN, OBA #17317
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JENNIFER HENSHAW MCBEE,
OBA #19170
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JACQUELYN V DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **SEMINOLE NATION OF OKLAHOMA'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** was served on the 3rd day of March, by Electronic Case Filing, on the following counsel:

TERRY M. PETRIE
Attorney of Record
Environment & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov
Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment & Natural Resources Division
PO Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

*s/ Sandra Benischek Harrison*
SANDRA BENISCHEK HARRISON

206914.1