# In the United States Court of Federal Claims

SEMINOLE NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-935 L

Filed March 7, 2008

**ORDER**

Pursuant to the Court's order filed March 3, 2008 (docket entry 23), the parties participated with the Court in a telephonic status conference on March 6, 2008. Among other matters, the parties and the Court discussed the parties' joint status report filed February 27, 2008 (docket entry 21), and plaintiff's motion for document preservation order, confidentiality agreement and protective order filed March 3, 2008 (docket entry 22).

In consideration of that discussion, the Court does hereby **ORDER** as follows:

1) Counsel for plaintiff and defendant shall seek to agree upon the text of an order governing preservation of documents, a confidentiality agreement, and a protective order. If they are unable to do so, defendant shall file its opposition to plaintiff's motion by **Friday, April 18, 2008,** and the parties shall participate in a telephonic status conference at **4:00 p.m. on Friday, April 25, 2008** to discuss further proceedings with respect to plaintiff's motion. The Court will initiate the call.

2) The parties' joint request to lift the stay of proceedings presently in effect is granted.

3) The parties' request to be relieved of the obligation to file status reports every 90 days, as required by paragraph 4 of the Court's order of April 13, 2007 (docket entry 14), is denied. The next such status report shall be filed **Thursday, April 24, 2008**.

4) Plaintiff shall file its amended complaint by **Friday, March 28, 2008.**

5 ) Defendant shall file an answer or otherwise respond to plaintiff's amended complaint by **Tuesday, May 27, 2008.**

6) The parties shall file a Joint Preliminary Status Report as described in paragraph 4 of Appendix A to the Rules of the Court of Federal Claims by **Tuesday, July 15, 2008.**

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge