**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEMINOLE NATION OF OKLAHOMA,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | **Case No. 06-935 L** <br> **Judge George W. Miller** |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, AND FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Defendant respectfully makes this unopposed motion for an enlargement of time, to and including April 25, 2008, within which to file Defendant's response to Plaintiff's motion for a protective order, and for a continuance of the telephonic status conference, to the afternoon of May 2, 2008, after 2 p.m. EST.[1/] Under the Court's scheduling order, dated March 7, 2008, the current filing deadline for Defendant's response is April 18, 2008, and the telephonic status conference is presently scheduled for April 25, 2008. The grounds for this unopposed motion is as follows:

1. Undersigned Defendant's counsel has been coordinating the acquisition of appropriate declarations from agency counsel from different federal agencies in order to respond fully to Plaintiff's Motion for a Protective Order. This effort is well underway and expected to

[1/] Counsel for Plaintiff has an earlier scheduled obligation the morning of May 2, 2008. Counsel for the parties stand ready to conduct the telephonic status conference at a time that best suits the Court. In an effort to assist the Court, counsel for the parties have also conferred and offer the week following of May 5-9, 2008, if May 2, 2008, is not acceptable.

complete shortly.

2. Undersigned Defendant's counsel needs additional time to accomplish the necessary coordination of Defendant's response to Plaintiff's Motion for a Protective Order. Defendant's counsel have been and continue to be preoccupied with other Tribal trust and accounting and trust mismanagement cases, as well as other unrelated litigation. Most recently, Defendant's counsel traveled to the Eastern District of Oklahoma on April 10-11, 2008, for a status conference in Seminole Nation of Oklahoma v. Kempthorne, et al., No. 06-cv-00556, and filed a response yesterday in this Court to Plaintiff's Motion for Relief in the matter of Freeman v. United States, No. 01-39 L (Judge Futey).

3. Undersigned Defendant's counsel conferred with Plaintiff's counsel on April 17, 2008, about this extension motion, and Plaintiff's counsel authorized undersigned counsel to state that Plaintiff does not oppose the motion.

Respectfully submitted this 17th day of April 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, AND FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE** was served on April 17, 2008, by Electronic Case Filing, on the following counsel:

Sandra B. Harrison
Jacquelyn V. Duffy
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE