IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06cv00935L |
| | ) | Judge George W. Miller |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' FIFTH JOINT STATUS REPORT**

Pursuant to this Court's order dated April 13, 2007, Docket No. (Doc. #) 13, Plaintiff and Defendant (the parties herein) submit the following fifth joint report about the status of certain Tribal trust accounting and trust mismanagement cases that have been filed in this Court and in various United States District Courts.

1. There are presently 100 Tribal trust accounting and trust mismanagement cases in this Court, in the United States District Court for the District of Columbia, and in the United States District Courts of Oklahoma. Exhibit 1. Of those 100 cases, fifty-five (55) cases are in this Court, thirty-seven (37) are in the United States District Court in the District of Columbia, and eight (8) are in various United States District Courts in Oklahoma. Id. About thirty-two (32) Tribes filed cases in this Court and in the United States District Court. Id. Plaintiff is one of those Tribes with cases in both courts. Id.

Cases Brought by Plaintiff's Counsel and Law Firm

2. Under the Court's order, the parties are required to report on the status of the following six (6) cases brought by Plaintiff's counsel and law firm in this Court: Kaw Nation of Oklahoma v. United States, No. 06-cv-00934-FMA; Otoe-Missouria Tribe of Indians v. United States, No. 06-cv-00937-LAS; Miami Tribe of Oklahoma v. United States, No. 08-cv-00104-

LMB; Pawnee Nation of Oklahoma v. United States, No. 07-cv-00002-SGB; Seminole Nation of Oklahoma v. United States, No. 06-cv-00935-GWM; and Tonkawa Tribe of Indians v. United States, No. 06-cv-00938-BAF.

3. Additionally, the parties are required to report on the status of the following four (4) companion cases brought by Plaintiff's counsel and her law firm in various United States District Courts in Oklahoma: Kaw Nation v. Kempthorne, No. 06-cv-01437-W (W.D. Okla.); Otoe-Missouria Tribe of Indians v. Kempthorne, No. 06-cv-01436-C (W.D. Okla.); Seminole Nation of Oklahoma v. Kempthorne, No. 06-cv-00556-SPS (E.D. Okla.); and Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.).

4. To date, Defendant has provided to Plaintiff a copy of the analyses, results, and supporting materials relating to the Tribal trust fund account reconciliation project that was undertaken by the Interior Department for Plaintiff and other Tribes in the mid-1990s. The Parties anticipate undertaking further discovery.

5. As to the cases brought by Plaintiff's counsel and law firm in this Court, the following has taken place since the last update:

a. In Kaw Nation, No. 06-cv-00934-FMA, the Court entered an order referring the case to ADR with Senior Judge Eric Bruggink on January 25, 2008. Doc. # 30. The Parties participated in a teleconference with Judge Bruggink regarding the appropriate path for ADR on February 19, 2008. Doc. # 35. On February 19, 2008, Judge Allegra amended a document preservation order entered on October 24, 2007, based upon his rulings upon the parties' competing motions. Doc. # 36. The Parties filed a Joint Status Report of Compliance with Document Preservation Orders on April 8, 2008. Doc. # 38. The Parties filed a Joint Status

Report on the status of ADR on April 18, 2008. Doc. # 39. Plaintiff is contemplating filing an Amended Complaint shortly.

b. In Otoe-Missouria Tribe, No. 06-cv-00937-LAS, the Parties filed a Joint Status Report on February 27, 2008, requesting that the Court lift the stay and reinstate the litigation. Doc. # 10. On March 3, 2008, the Court lifted the stay. Doc. # 11. Plaintiff filed an Amended Complaint on March 21, 2008. Doc. # 12. Defendant is required to answer or otherwise respond to Plaintiff's Amended Complaint by May 20, 2008. A Joint Preliminary Status Report is due by July 2, 2008.

c. In Miami Tribe, No. 08-cv-104-LMB, upon the unopposed request of the Tribe, the Northern District of Oklahoma transferred the case to this Court, where the case was received and docketed on February 25, 2008. Doc. # 1. Undersigned Defendant's counsel entered an appearance on behalf of Defendant on March 5, 2008. Doc. # 6. The Court entered a Special Procedures Order on March 6, 2008. Doc. # 7.

d. In Pawnee Nation, No. 07-cv-00002-SGB, on January 30, 2008, Plaintiff's new counsel filed a Motion to Substitute Lead Counsel. Doc. # 18. As of this filing, the undersigned counsel no longer represents the Pawnee Nation. Upon motion by the new counsel for the Pawnee Nation, the Court dismissed the case without prejudice on February 28, 2008. Doc. # 23.

e. In this instant case, Seminole Nation, No. 06-cv-00935-GWM, on February 27, 2008, the Parties filed a Joint Status Report, requesting that the Court lift the stay and reinstate the litigation. Doc. # 21. On March 3, 2008, Plaintiff filed a Motion for Document Preservation Order, Confidentiality Agreement and Protective Order. Doc. # 22. On March 6,

2008, the Parties participated in a status teleconference with the Court. Doc. # 23. On March 7, 2008, the Court issued a Scheduling Order. Doc. # 24. Defendant was required to file its Response to Plaintiff's Motion in Doc. # 21 by April 18, 2008. Doc. # 24. The Parties were to participate in a telephonic status conference on April 25, 2008. Doc. # 24. Defendant filed an Unopposed Motion for Enlargement of Time to File Response on April 17, 2008. Doc. # 26. The Court granted the enlargement of time on April 17, 2008. Doc. # 27. Defendant's Response is now due April 25, 2008. Doc. # 27. The telephonic status conference scheduled for April 25, 2008 is cancelled, pending rescheduling by the Parties. Id. Plaintiff filed its Second Amended Complaint on March 28, 2008. Doc. # 25. Defendant is required to answer or otherwise respond to Plaintiff's Second Amended Complaint by May 27, 2008. Doc. # 24. The Parties must file a Joint Preliminary Status Report by July 15, 2008. Id.

f. In Tonkawa Tribe, No. 06-cv-00938-BAF, on February 27, 2008, the Parties filed a Joint Status Report, requesting that the Court lift the stay and reinstate the litigation. Doc. # 15. On March 4, 2008, the Court issued an Order lifting the stay. Doc. # 16. Plaintiff filed its Second Amended Complaint on March 21, 2008. Doc. # 17. Defendant is required to answer or otherwise respond to the Second Amended Complaint by May 20, 2008. Doc. # 16. The Parties are required to file a Joint Preliminary Status Report by July 2, 2008. Id.

6. As to the cases brought by Plaintiff's counsel and her law firm in the various United States District Courts in Oklahoma, the following has taken place since the last update:

a. In Kaw Nation, No. 06-cv-01437-W (W.D. Okla.), on April 8, 2008, the Parties filed a Joint Status Report, detailing the status of the case in that Court as well as the one in this Court. Doc. # 28. On April 9, 2008, the Court in the Western District of Oklahoma

issued an order staying the case and directing the Parties to engage in a good faith effort to resolve the issues and agree to joint stipulations for the protection of confidentiality of the documents and data. Doc. # 29. The Parties are required to file a Joint Status Report by August 7, 2008.

b. In Miami Tribe, No. 06-cv-00698-GKF-SAJ (N.D. Okla.), as reported above, the case was transferred from the Northern District of Oklahoma to this Court, where it was received and docketed on February 25, 2008. Doc. ## 1, 5.

c. In Otoe-Missouria Tribe, No. 06-cv-01436-C (W.D. Okla.), the Parties filed a Joint Status Report on April 8, 2008. Doc. # 27. The Parties anticipate a status conference to be scheduled in June 2008.

d. In Seminole Nation, No. 06-cv-00556-SPS (E.D. Okla.), the Parties filed separate status reports, requesting that the Court lift the stay and reinstate the litigation. Doc. ## 32, 33. The Parties participated in a status conference in Magistrate Judge Shreder's chambers on April 11, 2008. Doc. # 34. Jacquelyn V. Duffy entered an appearance on behalf of Plaintiff on April 11, 2008. Doc. # 35. The Court entered a minute order, lifting the stay and setting deadlines for filings by the Parties. Doc. # 37. Defendant is required to answer or otherwise respond to the Amended Complaint by June 30, 2008. Doc. # 37. Plaintiff has until August 25, 2008, to file any responses. Id. Defendant has until September 22, 2008, to file any replies. Id.

e. In Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.), there has been no additional development in this case since the last joint status report update filed with this Court on January 25, 2008.

Cases in "Active Litigation" in the Court of Federal Claims

7. Under this Court's order dated April 13, 2007, Doc. # 14, Defendant is required to report any developments in those Tribal trust accounting and trust mismanagement cases in the CFC that are in "active litigation"[1/] since the last joint status report:

a. In Ak-Chin Indian Community v. United States, No.06-cv-00932-ECH, the Court denied Defendant's motion to dismiss under 15 U.S.C. § 1500 pursuant to Rule 12(b)(1). Doc. # 53.

b. In Belgarde v. United States, No. 07-cv-00265-CFL, the Court granted Defendant's motion to stay the case pending interlocutory appeal. Docs. ## 30, 31. The Court did not rule on the Defendant's motion for an extension of time to file a response to the Second Amended Complaint. Doc. #30.

c. In Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund), No. 92-cv-00675-ECH, the parties held two ADR conferences before Judge Eric Bruggink (one in February 2008 and one in April 2008), and they scheduled the next one for June 2008. Doc. ## 320, 323, 326, Minute Entries 4/8/2008, 3/10/2008.

The parties filed Joint Status Reports on February 19, 2008, and April 11, 2008, and the Court held a status conference on April 14, 2008. Doc. ## 321, 322, 325, 327; Minute Entry

---

[1/] Several of the cases reported upon below had developments occur in the last 90 days, which took them out of the "active" category, as defined in the parties' joint motion to amend this Court's order, dated March 30, 2007, Doc. # 12, and as approved by the Court by order dated April 13, 2007. Doc. # 14. Nonetheless, they are included in this joint report, because they were "active" at some point during this past reporting period.

4/15/2008. The Court set the next Joint Status Report due June 3, 2008, and the next Status Conference for June 4, 2008. Doc. # 328.

d. In Coeur d'Alene Tribe v. United States, No. 06-cv-00940-EJD, the Court had temporarily lifted the stay in November 2007 for the limited purposes of approving and entering the parties' Joint Stipulation and Order Regarding Communication, Report, or Work Product. Doc. # 11. Defendant moved for an extension of time to file the parties' Joint Status Report, which the Court granted. Doc. # 12, Minute Entry 2/19/2008. The parties filed their Joint Status Report in February 22, 2008, in which they announced their intent to seek another extension of the temporary stay of litigation, based on their continuing participation in a joint process between the Inter-Tribal Monitoring Association (ITMA) and the Office of Historical Trust Accounting (OHTA) of the United States Department of the Interior. Doc. # 13. The Court ordered a Status Conference for March 11, 2008, and moved it to April 1, 2008. Doc. ## 14, 15. After the status conference, the Court stayed the proceedings until July 25, 2008, and ordered the parties to file a Joint Status Report on July 11, 2008. Doc. # 16.

e. In Colorado River Indian Tribes v. United States, No. 06-cv-00901-LAS, Plaintiff filed its First Amended Complaint on February 21, 2008. Doc. # 17. Defendant filed their Answer on March 11, 2008. Doc. # 18. The filing deadline for the parties' Joint Preliminary Status Report is May 5, 2008. Id.

f. In Confederated Tribes of the Warm Springs Reservation v. United States, No. 02-cv-00126-SGB, the Court granted a joint motion to extend the stay until March 31, 2008, and to enter a scheduling order that, among other things, set the trial for November 3, 2008, through November 19, 2008. Doc. # 116. On April 1, 2008, the parties filed a Joint Status

Report, and moved the Court to extend the stay and vacate the scheduling order. Doc. # 117. The Court granted the motions and stayed the case until May 16, 2008. Doc. # 118.

g. In Eastern Shawnee Tribe of Oklahoma, No. 06-cv-00917-CFL, the Court held a hearing on the parties' joint motion to extend the temporary stay. Docs. ## 18, 20. After the hearing, the Court denied the parties' motion, lifted the stay, and ordered Plaintiff to show cause why the Court should not dismiss the case under 28 U.S.C. § 1500. Doc. # 20. Plaintiff filed its response to the Order to Show Cause; Defendant's opposition to Plaintiff's response is due May 2; and Plaintiff's reply is due May 23, 2008. Docs. ## 20, 22.

h. In Eastern Shoshone Tribe of the Wind River Reservation v. United States and Northern Arapaho Tribe of the Wind River Reservation v. United States, No. 79-cv-00458-ECH (redesignated No. 79-cv-004582) and No. 06-cv-00903-ECH, (consolidated cases), the Court held status conferences on January 24, February 12, and April 2, 2008, and scheduled another for April 28, 2008. Doc. ## 38, 39, 41, 43, 44. The parties are continuing settlement discussions on the current phase of the litigation.

i. In Gros Ventre Tribe and Assiniboine Tribe v. United States, No. 06-cv-00931-NBF, on March 28, 2007, the Court had granted the parties' joint motion to stay the litigation until March 20, 2008, to explore the possibility of settlement and informal document productions. Doc. ## 8, 10. The parties filed a joint status report on April 10, 2008, and moved to stay the case until March 20, 2009, based on their continuing participation in a joint process between ITMA and OHTA. Doc. # 16. The Court granted that motion. Doc. # 18.

j. In Jicarilla v. United States, No. 02-cv-00025-FMA, the parties filed a Joint Status Report on February 12, 2005, Doc. # 136. They attended two telephonic ADR

Status Conferences with Judge Eric Bruggink on February 22 and March 25, 2008, and the Judge Bruggink cancelled one for scheduled April 23, 2008. Doc. # 137, 138, 139; Order 4/21/2008. The Tribe has retained new counsel, Steven D. Gordon, who entered his appearance on April 17, 2008. Doc. # 140.

k. In Makah Indian Tribe of the Makah Indian Reservation v. United States, No. 06-cv-00889-LJB, the Court had entered a scheduling order on December 14, 2007, and requested a status report on February 14, 2008, aiming to begin Initial Formal Discovery by June 16, 2008. Doc. # 22. The parties filed a joint status report on February 14, 2008. Doc. # 23. The Court issued a discovery scheduling order to extend Plaintiff's Initial Formal Discovery through August 27, 2008, ordered the First Amended Complaint due December 1, 2008, and ordered Defendant's Formal Discovery to begin that day and end April 1, 2008. It ordered the parties to file a Joint Status Report the earlier of (1) April 15, 2009, or (2) two weeks after the completion of discovery. It ordered all dispositive motions due by May 1, 2009, and another joint status report due twenty days after that. Doc. # 24.

l. In Navajo Nation v. United States, No. 06-cv-00945-FMA, the Court granted the parties' joint motion for a confidentiality agreement and protective order. Doc. # 44, 45. The parties attended telephonic ADR status conferences on March 25 and April 23, 2008 before Judge Eric Bruggink. Doc. # 46; see Doc. # 47; Minute Entry 3/25/2008. The parties filed a Joint Status Report on April 9, 2008. Defendant filed a Notice of Discovery of Document Damage, and, the next day, the Court ordered Defendant to file a Status Report on or before April 30, 2008, responding to four specific questions. Doc. # 49, 50. At Defendant's request, the Court granted an extension of time, to and including May 8, 2008, for Defendant to submit

the status report. Doc. # 51; Order 4/21/2008. Judge Bruggink scheduled another ADR Status Conference for May 23, 2008. Doc. # 52.

m. In Nez Perce Tribe v. United States, No. 06-cv-00910-CFL, the parties filed a Joint Status Report and a second joint motion for a stay on February 26, 2008. Doc. # 8. The next day, the Court lifted the stay, and requested another Joint Status Report on or before March 18, 2008, setting out their views whether Plaintiffs filed this case or the analogous D.D.C. case first to determine how 15 U.S.C. § 1500 applies. It indicated that it intended to hold a telephonic status conference. Doc. # 9.

The parties filed a Joint Status Report on April 1, 2008, and the Court held a telephonic status conference on April 9, 2008. Doc. # 12; *see* Set Deadlines/Hearings 3/12/2008. Thereafter, the Court ordered Plaintiff to show cause why the Court should not dismiss the case for lack of subject matter jurisdiction under § 1500. Doc. # 13. It delineated a briefing schedule for the § 1500 matter and set a telephonic hearing for July 22, 2008, with a possible evidentiary hearing set for July 25, 2008. Order 4/9/2008.

n. In Osage Nation of Oklahoma v. United States, No. 99-cv-00550-ECH and No. 00-cv-169-ECH (consolidated cases), some of the headright owners had moved to intervene, and Plaintiff had moved to disqualify counsel for the proposed intervenors. See Doc. ## 279, 280, 282-284, 286-288. On January 25, 2008, Plaintiff filed its reply, and, on March 31, 2008, the Court granted the motion to disqualify the proposed intervenors' counsel. Doc. # 292, 296. Plaintiff moved for a scheduling order, which Defendant opposed, and that fully-briefed motion is pending before the Court. Doc. ## 295, 297, 298.

On March 10, 2008, the Court issued an order regarding an *ex parte* letter sent by an unnamed headright owner. The front of the envelope contained a message that read, "Urgent - prior to your Decision on Osage Case." Without reading it, the Court instructed the Clerk of Court to return the letter with a copy of the Order that advises the sender that the Court cannot consider *ex parte* communications. Doc. # 294.

o. In Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States, No. 06-cv-00897-MCW, the Court had entered an order granting the parties' joint motion for an extension of time until February 25, 2008, for Defendant to respond to Plaintiff's complaint. Doc. ## 13, 14. One day later, Defendant moved the Court to file a Joint Motion for Extension of Stay Out of Time, a Joint Motion to Stay Obligation to Answer, and to submit a Joint Status Report. Doc. ## 15, 16. The Court granted the stay until May 28, 2008, accepted the Joint Status Report, and requested Joint Status Reports every 90 days. Doc. ## 17, 18.

p. In Passamaquoddy Tribe v. United States, No. 06-cv-00942-LJB, in response to Defendant's motion to dismiss pursuant to 28 U.S.C. §1500, Doc. # 20, and the parties' briefing, Doc. ## 23, 26, the Court held an evidentiary hearing on February 1, 2008. Doc. # 28. After the hearing, the Court requested post-hearing briefs from both sides on the § 1500 issue due on March 20, 2008, which the parties filed. Doc. ## 29, 31, 32. The decision is pending.

q. In Pueblo of Laguna v. United States, No. 02-cv-00024-FMA, the parties filed a Joint Status Report on February 12, 2008, and Judge Eric Bruggink held a telephonic ADR Status Conference on March 25, 2008. Doc. # 126; Minute Entry 3/25/2008.

r. In Quechan Tribe of the Fort Yuma Indian Reservation v. United States, No. 06-cv-00888-SGB, the parties filed a joint motion requesting the Court to approve the parties' stipulations that certain documents, data, and other materials, provided by Defendant to Plaintiff, remain confidential. Doc. # 25. The Court granted the motion. Doc. # 26. The Court held a scheduling conference regarding discovery on April 16, 2008. Minute Entry 4/16/2008.

s. In Round Valley Indian Tribes v. United States, No. 06-cv-00900-SGB, the Court set a status conference for May 12, 2008. Doc. # 33.

t. In Salt River-Pima-Maricopa Tribes v. United States, No. 06-cv-00943-LMB, Defendant had filed a motion to dismiss on August 23, 2007, pursuant to 28 U.S.C. §1500. Doc. # 18. The Court had conducted evidentiary hearings on Defendant's motion to dismiss to determine the timing of the filings. Doc. ## 32, 33. After the hearings, the Court granted Plaintiff permission to supplement the record with the transcript of the hearing, Doc. ## 38, 40, and to file supplemental briefings, which the parties did. See Doc. ## 37, 39, 41, 42, 44, 45, 47. In addition, Plaintiff moved to supplement the record with the hearing transcript from a hearing in Passamaquoddy Tribe v. United States, No. 06-cv-00942-LJB, because the witness in the Salt River Pima-Maricopa case had testified to the same facts at the hearing in Passamaquoddy. Doc. # 43. The Court granted that motion. Doc. # 46. On April 24, 2008, the Court denied Defendant's motion to dismiss under 28 U.S.C. §1500. Doc. # 48. The parties' Joint Preliminary Status Report is due May 22, 2008. Id.

u. In Swinomish Indian Tribal Community v. United States, No. 06-cv-00899-FMA, on January 25, 2008, the parties filed a joint motion to amend or correct an earlier protective order, Doc. # 26, which the Court later granted. Doc. ## 38, 43. The Court referred

the case to ADR before Judge Eric Bruggink, and ordered status reports on April 18, 2008, and every 91 days thereafter. Doc. # 40. The parties held two telephonic ADR conferences with Judge Bruggink, one in February 2008 and the other in April 2008, and scheduled a third for July 2008. Doc. ## 41, 42, 44. The parties filed a Joint Status Report on April 18, 2008.

v. In Wolfchild, et al. v. United States, No. 03-cv-02684-CFL, Defendant filed an interlocutory appeal, Doc. ## 661, 662, 663. On December 19, 2007, the Court had stayed the case pending resolution of the certified questions by the court of appeals. Doc. # 666. The Court dismissed a submission by Ms. Blacksmith on behalf of her family because (1) it was not in proper form and (2) intervention in the case had closed. Doc. # 669. The Court denied Elizabeth T. Walker's motion to withdraw as an attorney. Doc. ## 670, 671.

w. In Yankton Sioux Tribe v. United States, No. 05-cv-011291-LB, the parties filed a Joint Status Report and asked the Court approve a scheduling order for the proposed briefing on Defendant's proposed motion to dismiss under 28 U.S.C. §1500. Doc. # 22. The Court approved of and entered the scheduling order on April 23, 2008. Scheduling Order 4/23/2008.

x. In Yomba Shoshone Tribe v. United States, No. 06-cv-00896-EJD, the parties filed a Joint Status Report on February 11, 2008. Doc. # 22. The parties met for a joint status conference on February 21, 2008, at which the Court extended the stay until March 14, 2008. The Court expressed its expectation that, on that day, Defendant would file a motion to dismiss. Doc. # 23. Plaintiff filed an Amended Complaint, Doc. # 24. On March 25, 2008, Defendant requested a stay of the remaining proceedings, including the deadline for responding to the Amended Complaint, pending the Court's ruling on its dismissal motion. Doc. # 26. After

an extension of time, on March 28, 2008, Defendant filed a motion to dismiss the Yomba Shoshone Tribe from the litigation. Doc. # 27. The Court granted Defendant's request to stay its response to the Amended Complaint pending resolution of Defendant's motion to dismiss the Yomba Shoshone Tribe. Doc. # 26. Plaintiff sought an extension of time, to and including May 16, 2008, to file its opposition to Defendant's dismissal motion, which the Court granted. Docs. # 28; Order 4/21/2008.

Next Joint Status Report

9. The parties will file their next joint status report on July 23, 2008.

Respectfully submitted this 24th day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Sandra Benischek Harrison*
SANDRA BENISCHEK HARRISON
Andrews Davis, P.C.
100 North Broadway Avenue
Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

*s/ Terry M. Petrie*
TERRY M. PETRIE
United States Department of Justice
Environment Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: 303-844-1369
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MICHAEL D. MCMAHAN, OBA # 17317
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JENNIFER HENSHAW MCBEE, OBA # 19170

Andrews Davis, P.C

OF COUNSEL:
ANTHONY P. HOANG
JARED PETTINATO
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241, -0203
Fax: (202) 353-2021

100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JACQUELYN V DUFFY, OBA # 21630
Andrews Davis, P.C.
100 North Broadway, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

208255.1