# In the United States Court of Federal Claims

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-935 L<br><br>Filed May 2, 2008 |

ORDER

Pursuant to the Court's order filed March 27, 2008 (docket entry 27), the parties participated with the Court in a telephonic status conference on May 2, 2008 to discuss plaintiff's motion for protective order, document preservation order and confidentiality agreement (filed March 3, 2008, docket entry 22), and defendant's response (filed April 24, 2008, docket entry 29). Plaintiff stated that it intends to file its reply no later than May 9, 2008. Plaintiff also stated that the parties are seeking to reach agreement on the terms of a document preservation order, a confidentiality agreement, and a protective order. Based on representations of counsel, the Court is hopeful that the parties can resolve any differences and come into agreement with respect to the text of these proposed orders and agreement.

Pursuant to the discussion at that status conference, the Court ORDERS that the parties shall participate in a further telephonic status conference on **Friday, May 16, 2008 at 2:30 pm (EDT).** The Court will initiate the call.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge