# In the United States Court of Federal Claims

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-935 L<br>Filed May 8, 2008 |

ORDER

On May 7, 2008, plaintiff filed an unopposed motion for enlargement of time within which to file plaintiff's reply to defendant's response to plaintiff's motion for document preservation order, confidentiality agreement and protective order (docket entry 31). Plaintiff requested the enlargement of time in order to provide the parties with an opportunity to reach a compromise on the proposed orders.

In light of the above, the Court **ORDERS** that plaintiff's motion is **GRANTED**. Plaintiff shall file its reply no later than **Monday, May 19, 2008.**

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge