# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-935 L<br><br>Filed May 12, 2008 |

**ORDER**

At the status conference held May 2, 2008, the Court advised the parties of certain relationships that existed while the Court was in private practice between the Court and certain officials of the Department of the Interior. Among those officials were several who promulgated guidance involving the department's document retention policies and procedures. The Court made these disclosures in order to give the parties an opportunity to consider whether they wished the Court to continue to preside over this case. On May 12, 2008 counsel for plaintiff advised the Court that plaintiff had decided that it did not wish the Court to continue to preside over this case. Accordingly, the Court has determined that it should recuse itself, and the Court hereby does so. The Court will return the case to the Clerk of the Court with directions that it be randomly re-assigned to another judge of this court. The status conference scheduled for May 16, 2008 at 2:30 p.m. Eastern Daylight Time is hereby **CANCELLED**.

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge