**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 06-CV-00935-L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff respectfully submits this unopposed motion for enlargement of time within which to file Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Document Preservation Order, Confidentiality Agreement and Protective Order. Plaintiff respectfully requests the enlargement of time to and including June 2, 2008. Under the Court's scheduling order, the current filing deadline for Plaintiff's Reply is May 19, 2008, enlarged from May 9, 2008. Docket Nos. (Doc. #) 29, 32. Plaintiff requests this additional enlargement of time for the following reasons:

1. Undersigned Plaintiff's counsel has drafted a proposed confidentiality agreement and protective order aimed at reaching a compromise between the parties for these documents.

2. Plaintiff's counsel provided the draft to Defendant's counsel on Thursday, May 8, 2008,. As of the date of this filing, Plaintiff's counsel has not yet received responsive comments from Defendant's counsel.

3. Because Defendant's counsel have not yet provided responsive comments, the Parties have not yet reached an agreement on the specific terms for the confidentiality and protective order.

4. Plaintiff's counsel reasonably believes if additional time is granted a compromise will be reached on the terms of the confidentiality agreement and protective order and the additional time is a beneficial use of the parties time and resources.

5. Plaintiff's counsel conferred with Defendant's counsel on May 16, 2008, regarding this motion for enlargement of time, and Defendant's counsel authorized undersigned counsel to state that Defendant does not oppose the motion.

Respectfully submitted this 19th day of May, 2008.

*s/ Sandra Benischek Harrison*
SANDRA BENISCHEK HARRISON,
OBA #18647
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786
Sbharrison@andrewdavis.com
ATTORNEY OF RECORD FOR PLAINTIFF

OF COUNSEL:

MICHAEL D. MCMAHAN, OBA #17317
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

JENNIFER HENSHAW MCBEE,
OBA #19170
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241

Fax: (405) 235-8786

JACQUELYN V DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY TO DEFENDANT'S RESPONSE TOPLAINTIFF'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** was served on May 19, 2008, by Electronic Case Filing, on the following counsel:

TERRY M. PETRIE
Attorney of Record
Environment & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov
ATTORNEY OF RECORD FOR DEFENDANT

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment & Natural Resources Division
PO Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

___*s/ Sandra Benischek Harrison*___