# In the United States Court of Federal Claims

No. 06-935 L
(Filed: May 20, 2008)

| | |
|---|---|
| ************************************ | |
| SEMINOLE NATION OF OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

## ORDER

On May 19, 2008, plaintiff filed an Unopposed Motion for Additional Enlargement of Time Within Which to File Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Document Preservation Order, Confidentiality Agreement and Protective Order ("motion"). In its motion, plaintiff requests an enlargement of time, to and including June 2, 2008, within which to file its reply. Plaintiff's reply was due on May 19, 2008, and plaintiff represents that defendant does not oppose its motion.

Plaintiff states that its counsel drafted a proposed confidentiality agreement and protective order aimed at reaching a compromise between the parties, and it provided the draft to defendant on May 8, 2008. It notes that, to date, defendant has not yet provided responsive comments, and the parties have not yet reached an agreement. Plaintiff believes that additional time will permit the parties to reach a compromise on the terms of the confidentiality agreement and protective order. The court finds plaintiff's request not unreasonable and appreciates the parties' efforts to reach an agreement. **Accordingly, plaintiff's motion is GRANTED. Plaintiff shall file its reply, if an agreement is not reached, by no later than Monday, June 2, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge