# In the United States Court of Federal Claims

No. 06-935 L
(Filed: May 20, 2008)

| | |
|---|---|
| *********************************** | |
| SEMINOLE NATION OF OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On May 19, 2008, defendant filed a Motion for Enlargement of Time Within Which to File Its Answer or 12(b) Motion ("motion"). In its motion, defendant requests an enlargement of time, to and including June 10, 2008, within which to file an answer or RCFC 12(b) motion. Defendant's answer or RCFC 12(b) motion is currently due May 27, 2008. Defendant represents that this is its first request for an enlargement of time for this purpose and that plaintiff does not oppose the motion.

Defendant states that its counsel did not receive the relevant agency litigation report until May 8, 2008, and that additional time is necessary to review and analyze the report. Defendant also cites its counsel's commitments in numerous Tribal trust accounting and mismanagement cases pending in this court and other federal district courts–as well as responsibilities in other, unrelated litigation–as reasons warranting an enlargement of time. Defendant further states that the parties have been and continue to engage in informal settlement discussions and that no undue prejudice or harm will occur if the court grants its motion. The court finds that defendant's request is not unreasonable. **Accordingly, defendant's motion is GRANTED. Defendant shall file its answer or RCFC 12(b) motion by no later than Tuesday, June 10, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge