**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No.: 06-CV-00935-L<br>Judge Margaret M. Sweeney |

**PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff respectfully submits this unopposed motion for enlargement of time within which to file Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Document Preservation Order, Confidentiality Agreement and Protective Order. Plaintiff respectfully requests the enlargement of time to and including June 9, 2008. Under the Court's scheduling order, the current filing deadline for Plaintiff's Reply is June 2, 2008, enlarged from May 9, 2008. Docket Nos. (Doc. #) 29, 32, 37. Plaintiff requests this additional enlargement of time for the following reasons:

1. The Parties have exchanged numerous drafts of the proposed confidentiality agreement and protective order for approximately the past week.

2. The Parties have also engaged in two conference calls aimed at discussing specific terms of the proposed confidentiality agreement and protective order.

3. The Parties are nearing a compromise but are unable to reach such agreement by the current deadline as Defendant's counsel is traveling to Oklahoma City

to attend status conferences in two other tribal trust fund litigations pending in the United States District Court for the Western District of Oklahoma.

4. The Parties' counsel intends to meet and confer regarding the proposed confidentiality agreement and protective order while Defendant's counsel is in Oklahoma City.

5. Plaintiff is optimistic that an agreement can be reached between the Parties as to the terms of the proposed confidentiality agreement and protective order such that the Parties will be able to enter a joint stipulated order by the requested extension date.

6. Plaintiff's counsel conferred with Defendant's counsel on June 2, 2008, regarding this motion for enlargement of time, and Defendant's counsel authorized undersigned counsel to state that Defendant does not oppose the motion.

Respectfully submitted this 2nd day of June, 2008.

*s/ Sandra Benischek Harrison*___________
SANDRA BENISCHEK HARRISON,
OBA #18647
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK
Tel: (405) 272-9241
Fax: (405) 235-8786
Sbharrison@andrewdavis.com
ATTORNEY OF RECORD FOR PLAINTIFF

OF COUNSEL:

MICHAEL D. MCMAHAN, OBA #17317
JENNIFER H. MCBEE, OBA #19170
JACQUELYN V DUFFY, OBA #21630
Andrews Davis, P.C
100 North Broadway Avenue, Suite 3300

Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DOCUMENT PRESERVATION ORDER, CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** was served on June 2, 2008, by Electronic Case Filing, on the following counsel:

TERRY M. PETRIE
Attorney of Record
Environment & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov
ATTORNEY OF RECORD FOR DEFENDANT

OF COUNSEL:

ANTHONY P. HOANG
JARED PETTINATO
United States Department of Justice
Environment & Natural Resources Division
PO Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

___*s/ Sandra Benischek Harrison*___

209285.1