# In the United States Court of Federal Claims

No. 06-935 L
(Filed: June 3, 2008)

************************************
SEMINOLE NATION OF OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 2, 2008, plaintiff in the above-captioned case filed Plaintiff's Unopposed Motion for Additional Enlargement of Time Within Which to File Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Document Preservation Order, Confidentiality Agreement and Protective Order. Plaintiff requests an additional seven days in which to file its reply, indicating that the parties are nearing a compromise but need additional time to complete their discussions. Plaintiff's unopposed motion is **GRANTED**. Plaintiff shall file its reply, if an agreement is not reached, by **no later than Monday, June 9, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge