IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-CV-00935<br>Judge Margaret M. Sweeney |

**MOTION TO SUBSTITUTE LEAD COUNSEL**

Jennifer H. McBee, of Andrews Davis, a Professional Corporation, for the Plaintiff, Seminole Nation of Oklahoma, respectfully moves the Court for leave to substitute lead counsel. Jennifer H. McBee hereby submits the following in support of her Motion:

1. The plaintiff has been notified of the substitution of Sandra B. Harrison and consents to the substitution with that of Jennifer H. McBee as lead counsel.

2. Sandra B. Harrison consents to appointment of Jennifer H. McBee as Lead Counsel and that she will remain as Of Counsel for the plaintiff. *See* Attachment 1, Affidavit of Jennifer H. McBee; and Attachment 2, Consent of Sandra B. Harrison.

3. Sandra B. Harrison and Michael D. McMahan will remain Of Counsel for the plaintiff.

4. Counsel for the defendant United States has been notified and does not oppose the substitution of Jennifer H. McBee as lead counsel for the plaintiff.

5. The substitution will not affect any pending deadlines.

WHEREFORE, Jennifer H. McBee, of Andrews Davis, a Professional Corporation, respectfully requests that the Court substitute Jennifer H. McBee as lead counsel in place of the previous lead counsel Sandra B. Harrison for the plaintiff in this case.

Dated this 4th day of August, 2008.

s/ Jennifer H. McBee
Jennifer H. McBee, OBA #19170
Of Counsel
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
SEMINOLE NATION OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

TERRY M. PETRIE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Email: Terry.Petrie@usdoj.gov
ATTORNEY OF RECORD FOR DEFENDANT

Of Counsel:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Anthony.Hoang@usdoj.gov

SHANI WALKER
JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, DC 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, DC 20227

s/ Jennifer H. McBee