IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-00935 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JENNIFER H. McBEE**

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | :ss |
| COUNTY OF OKLAHOMA | ) | |

I, Jennifer H. McBee, being of lawful age, competent, and duly sworn upon oath, set forth the following facts from my personal knowledge thereof:

1. I am employed by the law firm of Andrews, Davis, a Professional Corporation. I am a licensed attorney in Oklahoma, Bar No. 19170.

2. That I am admitted to practice before the United States Court of Federal Claims and am registered with the Electronic Registration System.

3. The foregoing Motion to Substitute Counsel is true and correct to the best of my information and belief.

4. The plaintiff Seminole Nation of Oklahoma has been notified of the substitution of Sandra B. Harrison and consents to the substitution of lead counsel.

Further Affiant sayeth not.

Dated this 29th day of July, 2008.

Jennifer H. McBee

Subscribed and sworn to before me this 29th day of July, 2008, by Jennifer H. McBee.

Ginger Lijewski
Notary Public

My commission expires: April 29, 2009
(SEAL)
Commission No. 05004174

GINGER LIJEWSKI NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA LOGAN COUNTY

210709.2