IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEMINOLE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-00935 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO APPOINTMENT OF**
**JENNIFER H. McBEE, AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Sandra Benischek Harrison, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Jennifer H. McBee as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 29th day of July, 2008.

Sandra B. Harrison
Sandra B. Harrison

This instrument was acknowledged before me this 29 day of July, 2008, by Sandra B. Harrison.

Notary Public

My Commission Expires: April 29, 2009
My Commission No.: 05004174
(SEAL)

NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA LOGAN COUNTY

210708.2