# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 7, 2008)

***********************************
SEMINOLE NATION OF OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On August 4, 2008, the parties filed their Joint Preliminary Status Report, which details the parties' respective positions on several issues presented in this case, as well as their Joint Stipulation Regarding Document Preservation of Certain Documents, Data and/or Other Materials to be Provided by Defendant to Plaintiff. **By no later than Friday, August 15, 2008**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge