# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 8, 2008)

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The parties filed their Joint Preliminary Status Report on August 4, 2008. **A preliminary scheduling conference will be held on Thursday, September 4, 2008, at 3:30 p.m., Eastern Daylight Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644 one business day before the conference to confirm the telephone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge