# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 11, 2008)

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The parties filed their Joint Preliminary Status Report ("JPSR") on August 4, 2008. The court notes that plaintiff's then-attorney of record, Ms. Sandra Benischek Harrison, did not sign the JPSR as required by RCFC 11(a) and RCFC 83.1(c)(2). Instead, Ms. Jennifer Henshaw McBee, who was substituted as lead counsel on August 5, 2008, signed the JPSR on behalf of plaintiff. **Accordingly, the Clerk of the Court is directed to strike the parties' JPSR, document #48, and the parties shall refile their JPSR by no later than Friday, August 15, 2008**.

This order does not affect the court's August 7, 2008 adoption of the parties' Joint Stipulation or the preliminary scheduling conference set for September 4, 2008, at 3:30 p.m.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge