# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 11, 2008)

```
***********************************
SEMINOLE NATION OF OKLAHOMA,      *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**<u>ORDER</u>**

On August 8, 2008, defendant filed its Motion to Dismiss For Lack of Jurisdiction. The Clerk of the Court noted that defendant's supporting brief does not comply with RCFC 5.3(a)(1)(A), which provides that a table of contents include "the specific contents of any appendix or appendices to the brief or memorandum . . . ." Given that only three exhibits are appended to the motion, the court deems this deficiency to be harmless. **Accordingly, the Clerk of the Court is directed to file defendant's motion, document #52, by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge