# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 14, 2008)

************************************
SEMINOLE NATION OF OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On August 13, 2008, the parties contacted the court seeking clarification concerning the reporting date specified in the court's August 7, 2008 order. The court appreciates the parties' diligence and memorializes in this order the clarification it provided to counsel.

Pursuant to section 3 of the parties' Joint Stipulation regarding document preservation, which the court adopted in its August 7, 2008 order, the parties commit to the establishment of a mechanism for ensuring on-going compliance with the terms of the Joint Stipulation. One such example provided in section 3 is "periodic reminders of record retention obligations to be sent to appropriate document entities by a date to be determined by the Court and then every six months thereafter for the pendency of this case." The court set the first date for the reporting of these periodic reminders to the appropriate document entities as August 22, 2008. In so doing, the court did not impose additional filing deadlines with the court. Thus, the parties are not required to notify the court about the transmission of reminders of record retention obligations to appropriate document entities.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge