**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SEMINOLE NATION OF OKLAHOMA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 06-CV-935-S** |
| **v.** | ) | |
| | ) | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES
RELATED TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to RCFC 6.1, Plaintiff and Defendant respectfully and jointly submit this motion to extend briefing deadlines related to Defendant's Motion to Dismiss filed with this Court. Plaintiff's response to Defendant's Motion to Dismiss is presently scheduled for September 8, 2008. The parties seek to extend the Plaintiff's response deadline and the Defendant's reply deadline:

1. The August 7, 2008, docket entry [Doc.#52] indicates that the response to Defendant's Motion to Dismiss is due on September 8, 2008. The parties are in agreement that the existing briefing schedule, when combined with the briefing schedules in other trust fund litigation cases pending between Plaintiff's firm and Defendant, is burdensome and prejudicial to both parties. Accordingly, the Parties have agreed that a modification to the briefing schedule is necessary.

2. Pursuant to RCFC 6.1, the parties' counsel have discussed this motion during a conference call on August 8, 2008. During that call, among other items, counsel exchanged and

discussed the parties' respective views and positions relating to the deadlines of this case. Both parties' counsel indicated that they supported this motion.

3. The parties have attended an early meeting of counsel (EMOC), as required by the RCFC, on July 28, 2008, and discussed this matter.

4. By granting this joint motion, the Court will not cause any undue prejudice or harm to the rights and interests of the parties. Instead, by granting this motion, this Court will promote judicial efficiency and serve the public interest by enabling the parties to submit a well-discussed, -analyzed, -briefed, and -reviewed Response and Reply to the Court. At the same time, however, by denying this joint motion, the Court could cause prejudice and harm to the parties' positions because they would not have sufficient time to complete a thorough Response and Reply before filing it.

WHEREFORE, the parties respectfully request this Court to grant their joint motion and allow them to and including October 14, 2008, within which to file Plaintiff's Response to Defendant's Motion to Dismiss and also allow them to and including October 30, 2008, within which to file Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

Respectfully submitted this 18th day of August 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Jennifer H. McBee*
Jennifer H. McBee, OBA #19170
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786

Attorney of Record for Plaintiff

OF COUNSEL:

Timothy M. Larason, OBA #5239
Michael D. McMahan, OBA #17317
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
Attorneys and Counselors at Law
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

*s/ Terry M. Petrie*____
Terry M. Petrie
*(signed by Filing Attorney pursuant to written authorization on August 16, 2008)*
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (202) 353-2021
Terry.Petrie@usdoj.gov
Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JARED S. PETTINATO
United States Department of Justice
Environment & Natural Resources Division
Natural Resource Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0203
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

211519.1