# In the United States Court of Federal Claims

No. 06-935 L
(Filed: August 20, 2008)

| | |
|---|---|
| SEMINOLE NATION OF OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On August 18, 2008, the parties filed a Joint Motion to Extend Briefing Deadlines Related to Defendant's Motion to Dismiss ("joint motion"). In their joint motion, plaintiff requests that its response to defendant's motion to dismiss, currently due September 8, 2008, be modified to October 14, 2008, and defendant requests that its reply be extended. The parties represent that the current briefing schedule is both burdensome and prejudicial when combined with the briefing schedules in other trust fund litigation cases, and they emphasize that judicial economy will be promoted if the court grants the parties additional time to complete briefing. **Accordingly, the court GRANTS the parties' joint motion. Plaintiff shall file a response to defendant's motion to dismiss by no later than Tuesday, October 14, 2008, and defendant shall file its reply by no later than Thursday, October 30, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge