# In the United States Court of Federal Claims

No. 06-935 L
(Filed: September 4, 2008)

***********************************
SEMINOLE NATION OF OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On September 4, 2008, the court conducted a preliminary scheduling conference with the parties in which it addressed defendant's RCFC 12(b)(1) motion to dismiss on the grounds that 28 U.S.C. § 1500 (2000) divests this court of jurisdiction. In light of defendant's motion, the court hereby stays further proceedings, with the exception of matters specifically related to defendant's motion, until such time as the court resolves the jurisdictional issue raised by defendant.

Plaintiff indicated that it intends to seek limited discovery related to this jurisdictional issue, which it believes is necessary in order to formulate an adequate response. As a result, the parties agreed to modifications of the current briefing deadlines. **Accordingly, the court modifies the deadlines set forth in its August 20, 2008 order as follows: plaintiff shall file a response to defendant's motion by no later than Monday, December 8, 2008, and defendant shall file a reply by no later than Wednesday, January 21, 2009.**[1] In the event that the parties determine that additional time is necessary to complete limited, jurisdictional discovery and briefing on defendant's motion, they should file the appropriate motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] The court notes that the Clerk's Office will be closed in observance of Martin Luther King, Jr. Day on January 19, 2009, and Inauguration Day on January 20, 2009. See RCFC 77(c).